■ In the Matter of TARENCE B. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MONIQUE W., Appellant. [753 NYS2d 796] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered September 10, 2001, which, inter alia, terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Szczur, J. Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.